IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-02202-AP

Shana L. Amaya,

    Plaintiff,

v.

Carolyn W. Colvin,
Acting Commissioner of Social Security,
    Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff</u>:

Joseph A. Whitcomb
Rocky Mountain Disability Group
1391 Speer Blvd., Suite 705
Denver, CO 80204
(303) 534-1954
(303) 534-1949
joe@RMDLG.com

<u>For Defendant</u>:

John F. Walsh
United States Attorney

J. Benedict García
Assistant United States Attorney
United States Attorney's Office
District of Colorado
J.B.Garcia@usdoj.gov

Alexess D. Rea
Special Assistant United States Attorney
1961 Stout, Suite 4169
Denver, Colorado 80294-4003
303-844-7101
303-844-0770 (facsimile)
Alexess.rea@ssa.gov

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

    A.    **Date Complaint Was Filed:** August 16, 2013

    B.    **Date Complaint Was Served on U.S. Attorney's Office:** December 11, 2013

    C.    **Date Answer and Administrative Record Were Filed:** February 3, 2014

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties state that, to the best of their knowledge, the record is complete and accurate.

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate any additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case does not appear to raise unusual claims or defenses.

**7. OTHER MATTERS**

The parties are not aware of any other matters.

**8. BRIEFING SCHEDULE**

    **A.**     **Plaintiff's Opening Brief Due:** April 7, 2014
    **B.**     **Defendant's Response Brief Due**: May 7, 2014
    **C.**     **Plaintiff's Reply Brief (If Any) Due:** May 22, 2014

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    **A.**     **Plaintiff's Statement:** Plaintiff does not request oral argument.

    **B.**     **Defendant's Statement:** Defendant does not request oral argument.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

    **A.**     **(   )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    **B.**     **( X )  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.*

DATED this 25th day of February, 2014.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE


APPROVED:

John F. Walsh
United States Attorney

**By:** *s/ Joseph A. Whitcomb*            **By:** s/ *Alexess D. Rea*
Joseph A. Whitcomb                          Alexess D. Rea
Rocky Mountain Disability Group             Special Assistant U.S. Attorney
1391 Speer, Suite 705                       1961 Stout St., Suite 4169
Denver, CO 80204                            Denver, CO 80294-4003
(303) 534-1958                              (303) 844-7101
(303) 534-1949 (facsimile)                  (303) 844-0770 (facsimile)
joe@RMDLG.com                               alexess.rea@ssa.gov

Attorney for Plaintiff                      Attorneys for Defendant