IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  13-cv-02202-CBS

SHANA AMAYA,

    Plaintiff,

v.

CAROLYN W. COLVIN, Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order signed by the Honorable Craig B. Shaffer on March 26, 2015 , incorporated herein by reference, it is

    ORDERED that the SSA Commissioner's final decision is AFFIRMED.  It is

    FURTHER ORDERED that final judgment is hereby entered in favor of Defendant, Carolyn W. Colvin and against Plaintiff, SHANA AMAYA.  It is

    FURTHER ORDERED that this civil action is DISMISSED, with each party to bear his own fees and costs.

    DATED at Denver, Colorado this   26th   day of March, 2015.

    FOR THE COURT:

    JEFFREY P. COLWELL, CLERK

    s/ N. Marble
    N. Marble,
    Deputy Clerk